UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>MUNSTER MEDICAL RESEARCH FOUNDATION, INC., d/b/a COMMUNITY HOSPITAL,<br><br>    Defendant. | Case Number 2:23-cv-201-PPS-JEM |

## Joint Motion for Entry of Consent Decree

Plaintiff, the Equal Employment Opportunity Commission ("EEOC"), and Defendant, Munster Medical Research Foundation, Inc., d/b/a Community Hospital, jointly move the Court to approve and enter the attached consent decree. In support of this Motion, the parties state as follows:

1. The parties desire to resolve this matter without the burden and expense of further litigation.

2. The intent of the Americans with Disabilities Act of 1990 and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981, will be realized by entry of the attached consent decree.

3. This consent decree is intended to and does resolve all matters between the EEOC and Community Hospital with respect to all matters within the scope of Carter's charge.

4. Except with respect to the Court's continuing jurisdiction pursuant to the terms of this consent decree, the parties agree that the Court may administratively close this matter.

WHEREFORE the parties jointly request that the Court approve and enter the attached consent decree.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Jonathan Bryant<br>Jonathan Bryant, Esq.<br>Indiana Bar No. 24112-49<br>Equal Employment Opportunity Commission<br>Counsel for Plaintiff<br>101 West Ohio Street, Suite 1900<br>Indianapolis, Indiana 46204<br>Telephone: (463) 999-1154<br>Facsimile: (317) 226-5571<br>E-Mail: jonathan.bryant@eeoc.gov | /s/ James E. Daugherty<br>James E. Daugherty, Esq.<br>Indiana Bar No. 4398-45<br>Law Offices of James E. Daugherty<br>Counsel for Defendant<br>8029 Cleveland Place<br>Merrillville, Indiana 46410<br>Telephone: (219) 769-5500<br>Facsimile: (219) 769-5501<br>E-Mail: jdaughertylaw@aol.com |
| /s/ Brandon Skates<br>Brandon Skates, Esq.<br>Indiana Bar No. 30433-49<br>Equal Employment Opportunity Commission<br>Counsel for Plaintiff<br>101 West Ohio Street, Suite 1900<br>Indianapolis, Indiana 46204<br>Telephone: (463) 999-1138<br>Facsimile: (317) 226-5571<br>E-Mail: brandon.skates@eeoc.gov | |