UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MUNSTER MEDICAL RESEARCH FOUNDATION d/b/a COMMUNITY HOSPITAL,<br><br>Defendant. | Cause No. 2:23-CV-201-PPS-JEM |

## ORDER

I am advised that following a mediation held September 28, 2023, the parties reached a settlement of the claims in this case. [DE 19.] The parties have filed a joint motion seeking entry of a consent decree, with the effect of resolving all matters between EEOC and Community Hospital with respect to all matters within the scope of the charge asserted by Christina Carter and administratively closing the case. [DE 20; *see* DE 20-1.]

**ACCORDINGLY:**

For good cause shown, the parties' Joint Motion for Entry of Consent Decree [DE 20] is **GRANTED**, and the proposed consent decree [DE 20-1] will be entered on the record herewith. The Clerk is **DIRECTED** to administratively close the case.

**SO ORDERED**.

ENTERED: October 2, 2023.

Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT