UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMISSION,

       Plaintiff,

       v.

MUNSTER MEDICAL RESEARCH
FOUNDATION, INC., d/b/a
COMMUNITY HOSPITAL,

       Defendant.

Case Number 2:23-cv-201-PPS-JEM

## Consent Decree

The Equal Employment Opportunity Commission filed this action against Munster Medical Research Foundation, Inc., on June 20, 2023, alleging that Munster Medical Research Foundation violated Title I of the Americans with Disabilities Act of 1990 and Title I of the Civil Rights Act of 1991. The Commission's Complaint alleges that Munster Medical Research Foundation discriminated against Christina Carter, a qualified individual with a disability, by refusing to provide her reasonable accommodation in the form of transfer to a vacant position for which she was qualified to perform the essential functions, with or without accommodations. Munster Medical Research Foundation has not admitted to any of the alleged violations and specifically denies the allegations. Munster Medical Research Foundation has alleged affirmative defenses, which the Commission has not admitted and specifically denies. The Commission brought this action to correct Munster Medical

Research Foundation's unlawful employment practices. The parties have advised the Court that they desire to resolve the allegations in the Complaint without the burden, expense, and delay of further litigation.

The Commission and Munster Medical Research Foundation hereby stipulate to the jurisdiction of the Court over the parties and the subject matter of this action.

It is therefore the finding of this Court, based on the record as a whole, that: (1) the Court has jurisdiction over the parties and the subject matter of this action; (2) the purpose and provisions of the ADA will be promoted and effectuated by the entry of this Decree; and (3) this Decree resolves all the matters in controversy between the parties as provided in Sections 1 through 5 below.

It is therefore ORDERED, ADJUDGED, AND DECREED as follows:

## 1. Injunctive Relief: Disability Discrimination Prohibited

Munster Medical Research Foundation and its officers, managers, and employees shall be enjoined during the term of this Consent Decree from failing to provide a reasonable accommodation of transfer to a vacant position at a facility within one hour's commute from the employee's residence to an employee with a disability who is qualified for the vacant position if the employee's disabilities prevent the employee from performing the essential functions of the employee's existing position.

## 2.  Relief for Christina Carter

### 2.1.      Reinstatement

Munster Medical Research Foundation shall reinstate Carter to a 0.9
FTE Registered Nurse position in the Admission Discharge Team, working the
weekend day shift. The parties have agreed to the hourly pay rate, weekend
differential, and shift differential for the hours that qualify for shift differential.
Carter shall be extended the same privileges and conditions of employment as
other employees.

Munster Medical Research Foundation shall reflect Carter's original date
of hire as May 3, 2004.

### 2.2.      Amount

Munster Medical Research Foundation shall pay Carter $158,000.00 Of
this amount, $79,000.00 shall be backpay including prejudgment interest and
will be reported in a W-2 with appropriate withholding. The remaining amount,
$79,000.00 shall be compensatory damages and will be reported in a Form
1099 as non-employment income. Of this amount, $39,500.00 shall reflect
pecuniary compensatory damages and $39,500.00 shall reflect nonpecuniary
compensatory damages.

### 2.3.      Payment

2.3.1. Munster Medical Research Foundation shall make payment by
check payable to Christina Carter.

2.3.2. Within twenty calendar days after the entry of this Decree by the
Court, Munster Medical Research Foundation shall notify Carter by email and

phone that payment is available for her to pick up at Community Hospital.

Munster Medical Research Foundation shall promptly forward the email

notification to the Commission.

      2.3.3. Munster Medical Research Foundation shall provide to the

Commission proof that Carter obtained payment.

### 2.4.      Taxes

Munster Medical Research Foundation shall not deduct from backpay or

front pay the employer's share of any costs, taxes, or Social Security required

to be paid by it. Munster Medical Research Foundation shall not deduct any

amounts from other damages.

### 2.5.      Reference

Munster Medical Research Foundation shall provide Carter a letter with

an original signature from Deborah Brandt in her official capacity that states

the dates Carter was employed at Munster Medical Research Foundation and

confirms that Carter always met or exceeded her annual evaluation goals,

received yearly raises, and remains eligible for rehire.

If contacted for a reference, Munster Medical Research Foundation shall

provide a neutral reference stating the dates of employment and position held.

Munster Medical Research Foundation shall not refer to Carter's injury,

workers compensation history, termination, charge, or participation in the

Commission's investigation, lawsuit, or both.

**2.6.        Personnel Records and Information**

All references, if any, to Carter's work-related injury, workers compensation and unemployment compensation proceedings, employment-discrimination charge, and this suit shall be removed from Carter's personnel file if they are contained in said file. Munster Medical Research Foundation shall keep such references separately.

## 3. Munster Medical Research Foundation's Obligations

**3.1.        Term**

The term of this Decree shall be for three (3) years following the date of the entry of this Decree.

**3.2.        Policies and Procedures**

3.2.1. In General. Munster Medical Research Foundation shall adopt and implement policies and procedures for transferring, as reasonable accommodations, its employees with disabilities to vacant positions for which they are qualified, as provided in Section 3.2. Such policies and procedures shall complement Munster Medical Research Foundation's existing policies and procedures, including its Reasonable Accommodation Policy.

3.2.2. The Interactive Process and Reasonable Accommodation. When Munster Medical Research Foundation learns an employee has a disability that impairs the employee from performing the essential functions of the employee's existing position, Munster Medical Research Foundation shall engage in an interactive process with the employee. Munster Medical Research Foundation shall undertake the interactive process with the goal of identifying a reasonable

accommodation. Such accommodation may include job modification; it may also include transfer to a vacant position for which the employee is qualified. These examples are illustrative only; if Munster Medical Research Foundation and the employee identify another reasonable accommodation through the interactive process, they may implement it. The employee may elect through the interactive process to continue their permitted leave and receive short-term-disability and/or workers'-compensation benefits, which would be discontinued if the employee secures another position.

3.2.3. Transfer as a Reasonable Accommodation Required. If no reasonable accommodation is available that would allow the employee to remain in the employee's existing position, Munster Medical Research Foundation and the employee shall consider transfer to a vacant position. Transfer to a vacant position is not reasonable unless the employee is qualified for the position, as defined below. Munster Medical Research Foundation must provide transfer to an open and available position to a qualified employee with a disability if the employee is qualified for the vacant position. If such a position is identified by the employee or Munster Medical Research Foundation, and the employee accepts such position, the employee shall not be required to compete with other applicants and the department to which the employee is transferred will be required to accept the employee.

Munster Medical Research Foundation is not required to transfer an employee to a position that would be a promotion. If a position with commensurate pay and benefits is not available within the transfer period, or if

6

the employee declines a position with commensurate pay and benefits, Munster

Medical Research Foundation and the employee may in the alternative agree

that the employee will be transferred to a position with less pay and benefits.

    3.2.4. Qualification to Perform the Essential Functions of a Position, With

or Without Accommodation. An employee is qualified for the vacant position if

the employee satisfies the requisite skill, experience, education, and other job-

related requirements of the position and, with or without reasonable

accommodation, can perform the essential functions of the position. Munster

Medical Research Foundation will provide a reasonable accommodation if

available to allow the employee to perform the essential functions of the

employee's existing position or the position to which the employee seeks

transfer. Essential functions are determined by a variety of factors, including

the position description and the actual work performed by incumbents in the

position. In determining essential functions, Munster Medical Research

Foundation must distinguish between what function must be accomplished

and how that function can be accomplished. For example, if lifting a patient

from a bed is an essential function, then methods of accomplishing that

function may include an employee exerting force to lift the patient as well as an

employee using a mechanical device to lift the patient.

    To determine whether a qualification standard for the vacant position

screens out an employee with a disability, Munster Medical Research

Foundation must evaluate and consider that: (i) the standards are job-related

for the position in question and consistent with business necessity and (ii)

there are no reasonable accommodations that would allow the employee to perform the essential functions of the position.

3.2.5. Continuing Obligation to Engage in Interactive Process. Munster Medical Research Foundation and the employee shall engage in the interactive process to the extent necessary to identify the employee's qualifications for and interests in vacant positions. Munster Medical Research Foundation shall use Transfer Request Form, Appendix B, to facilitate the interactive process when a transfer is identified as a reasonable accommodation. If the interactive process allows Munster Medical Research Foundation and the employee to identify one or more vacant positions the employee is willing to transfer to, they should work together to determine whether the employee is qualified for that position. If qualified, the employee shall be eligible for transfer and Munster Medical Research Foundation shall transfer the employee to that position, even if Munster Medical Research Foundation believes other applicants may be more qualified.

3.2.6.   Munster Medical Research Foundation shall establish and implement a transfer process as a reasonable accommodation under the provisions of the ADA. This process shall be implemented through Munster Medical Research Foundation's Department of Human Resources.

3.2.7.   If, after an interactive process with the employee, Munster Medical Research Foundation determines that, due to medical restrictions or conditions, the employee is unable to perform the essential functions of his/her position with or without a reasonable accommodation or that, subsequent to

the expiration of the employee's FMLA medical leave, the position has been filled due to the needs of the department, Munster Medical Research Foundation and the employee will consider, as a reasonable accommodation, transfer to a vacant position for which the employee is qualified.

3.2.8.   Munster Medical Research Foundation shall provide the employee wishing to transfer to a vacant position for which they are qualified the Transfer Request Form, Appendix B, which provides information regarding ADA provisions and compliance. Munster Medical Research Foundation shall identify to the employee a specific person within its Human Resource Department to whom the employee can direct questions about the transfer process. The employee shall complete and sign the Transfer Request Form, providing information as to where and under what conditions the employee is willing to transfer. The employee shall then provide the completed, signed Transfer Request Form to the person identified by Munster Medical Research Foundation. That person shall retain and keep track of the Transfer Request Forms submitted for the duration of this Decree for purpose of reporting such requests.

3.2.9.   Vacant positions are those positions available at the time that the employee submits a Transfer Request Form (Appendix B) through the duration of the transfer process. All vacant positions are posted at the comhs.org (position manager) website, which is accessible to the public and such positions are modified or supplemented periodically. The employee will be advised to examine at comhs.org (position manager) any vacant positions within the Community Healthcare System in which the employee is interested. Munster Medical Research Foundation shall

verify with the employee that the employee is able to access the position manager function and provide whatever support is necessary to allow the employee access to information necessary to aid the employee in deciding whether particular positions are of interest for transfer to. Munster Medical Research Foundation will review vacant positions that conform to the conditions stated in the Transfer Request Form.

3.2.10. Upon submitting a Transfer Request Form, a Human Resource representative will promptly meet with the employee in person at the Human Resource Department to facilitate the interactive/accommodation process. The employee and Human Resource representative shall discuss the current medical restrictions imposed and the information contained in the employee's Transfer Request Form. They will also discuss suitability for any positions that the employee may have identified and any positions that Munster Medical Research Foundation may have identified as potentially suitable for transfer.

3.2.11. The employee will not be required to conduct a job-application interview with management of the department where transfer is sought. However, the employee and management may meet to discuss the essential functions of the position and how the employee can accomplish them. The Munster Medical Research Foundation Human Resource representative will obtain necessary information from department management, discuss the employee's suitability for the position pursuant to the medical restrictions imposed, discuss the essential

functions of the position and discuss any reasonable accommodations that may be necessary to allow the employee to perform the essential functions of the position.

3.2.12. One of two things will occur during this initial interactive conference with the Human Resource Department: (1) during the interactive conference, a suitable position or positions may be identified and offered to the employee, or (2) more time may be needed to identify suitable positions, confer with management where the positions are sought, obtain a report of current medical restrictions if the employee has not provided this and other issues related to the transfer process. Accordingly, further interactive conferences would be promptly conducted as necessary for the purpose of facilitating the transfer process. At any time, the employee may elect to withdraw their Transfer Request and continue with their permitted medical leave of absence (180 days in the aggregate within a 12-month rolling period).

3.2.13. Positions suitable for transfer should be commensurate with the employee's prior position in terms of salary/pay and benefits. The position sought may not constitute a promotion. Munster Medical Research Foundation and the employee may agree to a transfer to an alternative position with lower pay and benefits if a commensurate position is not identified but the employee is not required to accept such alternate position.

3.2.14. Upon examining suitable positions for transfer and upon taking into account the factors referenced hereinabove, Munster Medical Research Foundation may offer transfer to one or more positions for which the employee satisfies the

11

requisite skill, experience, education and other job-related requirements and for which the employee can perform the essential functions of the position with or without a reasonable accommodation. The employee will then have a period of ten days to select and accept one of the positions offered for transfer and the positions offered will not be filled until the employee makes this selection. If the employee declines to select a commensurate position offered, Munster Medical Research Foundation's accommodation requirement in respect to transfer will not be required to continue due to the employee's failure to accept the reasonable accommodation offered. The employee would then continue with his/her permitted medical leave of absence.

**3.3.    Training**

Munster Medical Research Foundation shall ensure that its agents, officers, and employees responsible for its Reasonable Accommodation Policy or any other policy or program offered for the benefit of employees whose disabilities prevent them from performing the essential functions of their positions attend training on the proper implementation of the policies and procedures adopted under Section 3.2 and the Commission's Enforcement Guidance on Reasonable Accommodation and Undue Hardship Under the Americans with Disabilities Act, available online at https://www.eeoc.gov/policy/docs/accommodation.html. This would consist of all employees within the Human Resources Department. The training shall occur annually during the term of this Decree and each session shall be at least one hour in duration. Munster Medical Research Foundation shall ensure

that any agent, officer, or employee who gains responsibility for these policies or programs attends similar training within a month of obtaining such responsibility. All costs associated with training shall be borne by Munster Medical Research Foundation. Munster Medical Research Foundation shall retain the agenda, written materials, and a list of attendees from each training.

**3.4.    Notice**

3.4.1. General Notice. Munster Medical Research Foundation shall post the final form of the Notice of Non-Discrimination Policy attached as Appendix A to this Decree in areas such that it is accessible to all its employees throughout the term of this Decree, including where other employment-related notices and posters are displayed and employee-intranet sites where Munster Medical Research Foundation provides employment-related announcements to employees. The Commission shall provide the final form of the Notice within seven days after the entry of this Decree. The Notice shall be signed by the Chief Executive Officer and the Human Resources Director of the facility where it is posted. If any copy of this general notice becomes defaced or unreadable, Munster Medical Research Foundation shall replace it immediately.

3.4.2. Specific Notice. Munster Medical Research Foundation shall provide the Transfer as a Reasonable Accommodation Notice attached as Appendix B to this Decree to every employee with a disability that impairs the employee from performing the essential functions of the employee's job, with or without accommodation, after meeting with the employee as part of the interactive process. During such meeting, Munster Medical Research

13

Foundation shall explain the process set forth in Section 3.2 and answer any questions the employee has. Munster Medical Research Foundation shall provide such notice upon determining that no reasonable accommodation is available that would allow the employee to remain in the employee's existing position without causing Munster Medical Research Foundation an undue hardship.

### 3.5.    Reporting

3.5.1. Within thirty days after entry of this Decree, Munster Medical Research Foundation shall certify its compliance with Sections 2.3, 2.6, and 3.4.1.

3.5.2. Munster Medical Research Foundation shall provide its policies and procedures developed under Section 3.2 to the Commission no fewer than thirty days before implementation. If at any time during the term of this Decree Munster Medical Research Foundation desires to change such policies and procedures, it shall submit the changes to the Commission no fewer than fourteen days before implementation. If the Commission determines that the policies and procedures, or any changes thereto, violate the ADA or this Decree, the Commission shall invoke the procedures of Section 4.2.

3.5.3. Munster Medical Research Foundation shall keep record of each employee with a disability that impairs the employee from performing the essential functions of the employee's job, with or without accommodation, who transfers to a vacant position with Munster Medical Research Foundation as a result. The record shall include the employee's last name, first name, the

14

reason the transfer was sought, the transfer provided, whether the employee was or is a member of management, and, if not a member of management, contact information for the employee.

3.5.4. Munster Medical Research Foundation shall keep record of each employee with a disability that impairs the employee from performing the essential functions of the employee's job, with or without accommodation, and whose employment with Munster Medical Research Foundation is terminated during the term of this Decree. Munster Medical Research Foundation shall report to the Commission the employee's name, former position, last known contact information, the reason(s) why the employee was not transferred to a vacant position, provide a copy completed Appendix B, if one was provided to Munster Medical Research Foundation, and a certification that Munster Medical Research Foundation has complied with Section 3.4.2. Such report shall be provided to the Commission within fourteen days of the employee's termination.

3.5.5. Annual Report. On or before the anniversary date of this Decree in each year during the term of this Decree, Munster Medical Research Foundation shall provide the Commission with an annual report.

3.5.5.1. As part of each annual report, Munster Medical Research Foundation shall certify that it is in compliance with all of its obligations under the Decree.

3.5.5.2. Munster Medical Research Foundation shall include with the report copies of all training documents required to be retained under Section

3.3 for training offered since the later of the entry of this Decree or the previous annual report and a copy of the record of transfers required to be maintained under Section 3.5.3.

3.5.6. Final Report. No later than 60 days before the end of the term of this Decree, Munster Medical Research Foundation shall provide the Commission with a final report. In the final report, Munster Medical Research Foundation shall certify that it is in compliance with all of its obligations under this Decree and provide all documentation since the previous report required under Section 3.5.5.2 and 3.5.5.3.

## 4. Enforcement

### 4.1.      Compliance

The Commission is authorized to review compliance with this Decree. As part of its review, the Commission may interview employees and examine and copy documents.

### 4.2.      Informal Dispute Resolution

In the event the Commission alleges that a violation of this Decree has occurred, the Commission will give notice in writing by certified mail, specifically identifying the alleged violation to Munster Medical Research Foundation, with a copy to its counsel. Munster Medical Research Foundation shall respond to the allegation within twenty days. After Munster Medical Research Foundation responds, the parties shall have a period of twenty days, or such additional period as may be agreed to by them, in which to negotiate and confer regarding the Commission's allegation.

16

**4.3.      Judicial Dispute Resolution**

If the Commission is unable to obtain relief under Section 4.2, it may initiate proceedings with the Court. If the Court finds Munster Medical Research Foundation has failed to perform a duty under this Decree, then, in addition to any other relief ordered, the Court may in its discretion impose sanctions.

## 5. Miscellaneous Provisions

**5.1.      Jurisdiction**

The Court will retain jurisdiction of this cause throughout the duration of this Decree for purposes of monitoring compliance with this Decree and entry of such further orders as may be necessary or appropriate.

**5.2.      Costs and Attorneys' Fees**

The parties shall each bear their own costs and attorneys' fees, except as set forth in Section 4.3.

**5.3.      Delivery of Required Certifications and Reports**

Each report and certification required by this agreement shall be emailed to monitoring-EEOC-INDO@eeoc.gov.

**5.4.      IRC Form 1098-F**

5.4.1. In General. The individual who should receive a copy of the Form 1098-F if the Commission is required to issue one is:

Name:

Address:

The Commission will follow all legal requirements if a Form 1098-F is filed and

17

will send a copy to Munster Medical Research Foundation.

5.4.2. No Representation on IRC Deduction. The EEOC has made no representations regarding whether the amount paid pursuant to this Decree qualifies for the deduction under the Internal Revenue Code. The provision of the Form 1098- F by the EEOC does not mean that the requirements to claim a deduction under the Internal Revenue Code have been met.

5.4.3. Decision on IRC Deduction. Any decision about a deduction pursuant to the Internal Revenue Code will be made solely by the IRS with no input from the EEOC.

5.4.4. No Reliance on Representations Concerning Deduction. The parties are not acting in reliance on any representations made by the EEOC regarding whether the amounts paid pursuant to this Decree qualify for a deduction under the Internal Revenue Code.

**5.5.   Amendment**

This Consent Decree may only be amended by consent of the parties with Court approval.

**5.6.   Decree Binding on Successor**

Before selling or merging, Munster Medical Research Foundation shall notify all potential buyers and bidders of this Decree and its terms. The notice shall include a copy of this Decree, personally served by Munster Medical Research Foundation. The terms of this Decree are and shall be binding upon the present and future owners, officers, directors, employees, creditors, agents,

trustees, administrators, successors, representatives, and assigns of Munster

Medical Research Foundation.


<u>October 2, 2023</u>         <u>Philip P. Simon             </u>

Date                       Judge, United States District Court

## Appendix A

## Employee Notice

### Notice of Non-Discrimination Policy

This Notice is posted as required by a Court Order resolving an employment discrimination lawsuit filed by the United States Equal Employment Opportunity Commission against Munster Medical Research Foundation, Inc., in the United States District Court for the Northern District of Indiana, Civil Action No. 2:23-cv-201. The lawsuit alleged Munster Medical Research Foundation failed to provide a reasonable accommodation of transfer to a vacant position to an employee whose disabilities prevented her from performing the essential functions of her existing position. You can find more information about the lawsuit at www.eeoc.gov [remainder of URL to be supplied by Commission] or by scanning this QR Code and following the link:

[QR Code to be supplied by Commission]

An employee with a disability that impairs them from performing their job may be qualified for transfer to a vacant position and should request reasonable accommodation from their employer.

Federal law requires that there be no discrimination against any employee or applicant for employment because of the individual's protected characteristics.
If you have any complaints of discrimination, you may contact the Commission at the address or telephone number given below. An employee has the right, and is encouraged to exercise that right, to report allegations of employment discrimination in the workplace. An employee may contact the U. S. Equal Employment Opportunity Commission for the purpose of filing a charge of employment discrimination.

**Questions concerning this notice may be addressed to:**

**Equal Employment Opportunity Commission**
monitoring-EEOC-INDO@eeoc.gov | info@eeoc.gov
**Telephone:  (463) 999-1120**
**EEOC 800 # 1-800-669-4000**
**TTY (800) 669-6820 | ASL Video Phone (844) 234-5122**

_____          _____
[Name], Chief Executive Officer                        [Name], Human Resources Director

**Appendix B**
## ADA TRANSFER REQUEST FORM

Based upon your medical restrictions, it has been determined that you are not currently able to return to your current position and perform the essential functions of your position, with or without a reasonable accommodation. Pursuant to the Americans with Disabilities Act of 1990 (ADA), you have the right, if you choose, to request a transfer to a vacant position within the Community Healthcare System for which you satisfy the requisite skill, experience, education and other job-related requirements and qualifications. However, you must be able to perform the essential functions of the position to which you request transfer with or without a reasonable accommodation. We will endeavor to assist you in this regard.

The ADA is a federal law that requires employers to provide reasonable accommodations to qualified employees with a disability if the disability impairs the employee's ability to perform the essential functions of his or her position. Among other things, the ADA identifies transfer to a vacant position for which an employee is qualified as a reasonable accommodation. Additional information about the ADA and the transfer process is available from the EEOC website at www.eeoc.gov. The Human Resource Department will assist you in the transfer process and it is important that you contact us directly regarding any change in your medical restrictions and provide us with a healthcare provider report verifying this information.

In order to facilitate and begin the transfer process, it will be necessary for you to sign and provide the information requested in this ADA Transfer Request Form so that we can better determine the vacant positions which you request and to which you are able to transfer. Please submit this to the Human Resource Department where you are currently employed so we may proceed with and expedite the transfer process.

Please note that all vacant positions within the Community Healthcare System are posted on our website at comhs.org, which is open to the public. Here, you will see each position that is available within the System with a summary description of the position, as well as the location, fte level and shift schedule information. In addition to our efforts to transfer you to an appropriate position, please examine this website and notify us of the vacant positions in which you would like to be transferred.

Additional information about the ADA is available from the Equal Employment Opportunity Commission's website, www.eeoc.gov. You may also contact the EEOC: www.eeoc.gov/contact-eeoc or monitoring-EEOC-INDO@eeoc.gov.
**Please complete the following:**

21

1.    Please state your current position, including your department and work location. _____

    _____

2.    Identify the Community Healthcare System locations to which you are willing to transfer:

    _____ Crown Point    _____ East Chicago    _____ Hobart    _____ Munster

    _____ Portage    _____ Schererville    _____ St. John    _____ Valparaiso

3.    Identify the shifts that you are willing to work:

    _____ Morning    _____ Afternoon    _____ Evening    _____ Weekends

4.    Identify the fte range that you are willing to work (1.0 fte refers to 40 hours per week):

    _____ 0.5 or less    _____ 0.6 to 0.8    _____ 0.9 to 1.0

5.    It will be necessary for you to acknowledge the following terms:

    a.    You understand that if you accept transfer to another position your short term disability and/or workers compensation benefits, if any, will end.

                                                                    _____ Initials

    b.    You understand that transfer to an open and available position under the provisions of the ADA does not entitle you to a promotion. Instead, we will seek to transfer you to a position that is most commensurate with your existing position's pay and benefits. If no such position can be identified, we may propose and you may accept if you wish a position with lower pay and benefits.

                                                                    _____ Initials

    c.    You understand that you must assist and cooperate with the transfer process, including a review of the available positions on our website at comhs.org. Please examine this website prior to meeting with the Human Resource Department to notify us regarding any positions in which you are interested and for which you are qualified. You further understand that you are required to communicate with the Human Resource Department and attend conferences as necessary to facilitate the transfer process.

_____ Initials

**Submit this completed and signed form to the Human Resource Department where you are currently employed. After we receive and review this ADA Transfer Request Form, we will promptly contact you for an appointment to meet with a Human Resource representative to discuss your current medical restrictions and positions for which you are suitably qualified to transfer pursuant to the information contained in this form.**

**I hereby request a transfer to an open and available position for which I am qualified under the conditions set forth in this form. I understand that I will need to complete and submit this form to the Department of Human Resources, whereupon I will be scheduled for a meeting to discuss and facilitate the transfer process.**

**Date:** _____

_____
**Employee Signature**

_____
**Printed Name**

23